IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TRAVIS D. WATKINS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D23-1305
LT Case No. 2012-CF-9744

Decision filed May 23, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Jeb Branham, Judge.

Richard R. Kuritz, of Law Office of
Bedell & Kuritz, Jacksonville, for
Appellant.

Travis D. Watkins, Appellant, Raiford.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and MACIVER, JJ., concur.